UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| IN RE: MARK ADAM GRIGGS, | { | CHAPTER 13 |
| | { | |
| | { | |
| DEBTOR | { | CASE NO. R24-40571-PWB |
| | { | |
| | { | JUDGE BONAPFEL |

**OBJECTION TO CONFIRMATION**

COMES NOW K. EDWARD SAFIR, CHAPTER 13 TRUSTEE herein, and objects to Confirmation of the plan for the following reasons:

1. The Debtor's payments under the proposed plan are not current.

2. The Plan as proposed will extend beyond sixty (60) months, contrary to 11 U.S.C. Section 1322(d). (66 months).

3. The proposed plan fails to provide for the treatment of Republic Finance, Sheffield Financial and Tennessee Valley Federal Credit Union.  However, said creditors have filed secured claims.

4. The Chapter 13 Plan fails to provide the purchase date for the claims of Tennessee Valley Federal Credit Union and Sheffield Financial, preventing the Trustee from properly administering this plan.

WHEREFORE, the Trustee moves the Court to inquire into the above objections, deny Confirmation of this Debtor's plan and to dismiss the case; or, in the alternative, convert the case to one under Chapter 7.

```
          /s/
_____
Deborah A. Reece, Attorney
for Chapter 13 Trustee
GA Bar No. 283016
```

K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Ave., NE
Suite 1600
Atlanta, GA 30303
(404) 525-1110
deborahr@atlch13tt.com

R24-40571-PWB

**CERTIFICATE OF SERVICE**

      I hereby certify that on this day I electronically filed the foregoing pleading using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

SAEGER & ASSOCIATES, LLC

      I further certify that on this day I caused a copy of this document to be served via first-class United States mail, postage prepaid, on the following parties at the address shown for each:

MARK ADAM GRIGGS
2408 HOLLY CREEK COOL SPRINGS ROAD
CHATSWORTH, GA 30705

This 22nd day of May, 2024

Respectfully submitted,

_____/s/_____
Deborah A. Reece, Attorney
for Chapter 13 Trustee
GA Bar No. 283016

K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Ave., NE
Suite 1600
Atlanta, GA 30303
(404) 525-1110
deborahr@atlch13tt.com