```
                    UNITED STATES BANKRUPTCY COURT
                    NORTHERN DISTRICT OF GEORGIA
                            ROME DIVISION

IN RE: MARK ADAM GRIGGS,         {   CHAPTER 13
                                 {
                                 {
       DEBTOR                    {   CASE NO. R24-40571-PWB
                                 {
                                 {   JUDGE BONAPFEL
```

**SUPPLEMENTAL OBJECTION TO CONFIRMATION**

    COMES NOW K. EDWARD SAFIR, CHAPTER 13 TRUSTEE herein, and objects to Confirmation of the plan for the following reasons:

    1.  The proposed plan fails to provide for the treatment of Lakeview Loan Servicing, LLC c/o LoanCare, LLC.  However, said creditor has filed a secured arrearage claim.

    WHEREFORE, the Trustee moves the Court to inquire into the above objections, deny Confirmation of this Debtor's Plan and to dismiss the case; or, in the alternative, convert the case to one under Chapter 7.

```
                                 _____/s/_____
                                 Brandi L. Kirkland, Attorney
                                 for Chapter 13   Trustee
                                 GA Bar No. 423627
```

K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Ave., NE
Suite 1600
Atlanta, GA 30303
(404) 525-1110
brandik@atlch13tt.com

R24-40571-PWB

**CERTIFICATE OF SERVICE**

    I hereby certify that on this day I electronically filed the foregoing pleading using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

SAEGER & ASSOCIATES, LLC

    I further certify that on this day I caused a copy of this document to be served via first-class United States mail, postage prepaid, on the following parties at the address shown for each:

MARK ADAM GRIGGS
2408 HOLLY CREEK COOL SPRINGS RD
CHATSWORTH, GA 30705

This 3rd day of July, 2024

                    /s/
Brandi L. Kirkland, Attorney
for Chapter 13 Trustee
State Bar No. 423627


K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Ave., NE
Suite 1600
Atlanta, GA 30303
(404) 525-1110
brandik@atlch13tt.com